IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MELVIN ANDERSON,

          Plaintiff,                              ORDER

v.

                                                  12-cv-684-wmc

WISCONSIN DEP'T OF CORRECTIONS, *et al.*,

          Defendants.

---

State inmate Melvin Anderson filed a proposed civil action pursuant to 42 U.S.C. § 1983, lodging an assortment of claims against multiple defendants in connection with the conditions of his confinement. On October 15, 2013, the court issued an order preliminarily screening the complaint and instructing Anderson to submit an amended version setting forth a single claim or claims permissibly joined in compliance with Fed. R. Civ. P. 18(a) and 20(a). Noting that Anderson's amended complaint failed to comply, the court issued another order on May 23, 2014, directing Anderson to advise the court in writing which claims he wished to proceed with in this case. To date, Anderson has not complied as directed and his deadline to do so has expired.

Anderson was warned that his failure to comply would result in dismissal of all claims without further notice pursuant to Fed. R. Civ. P. 41(b). Because Anderson has not complied as directed, this case will now be dismissed.

ORDER

IT IS ORDERED that this case is DISMISSED pursuant to Fed. R. Civ. P. 41(b).

Entered this 13th day of June, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge