IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELVIN ANDERSON,

Plaintiff,                                   JUDGMENT IN A CIVIL CASE

v.                                           Case No. 12-cv-684-wmc

WISCONSIN DEPT OF CORRECTIONS,
*et al.*,

Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Melvin Anderson's case pursuant to Fed. R. Civ. P. 41(b).

| /s/ | 6/13/2014 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |